OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
300 E. WASHINGTON STREET
GREENVILLE, SOUTH CAROLINA 29601

OFFICIAL BUSINESS

2-23-15

D/H

RTS

USMS
ITEM X-RAYED BY

RTS

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.69⁰
02 1P
0000823388 FEB 06 2015
MAILED FROM ZIP CODE 29601

LEGAL MAIL

Allen Simon, Jr
Anderson City Jail
401 Main Street
Anderson, SC 29624

NIXIE 296 FE 1009 0002/16/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 29601280099 *2283-00082-06-41

29601@2800
29624$2300 COO

RECEIVED
USDC, CLERK GREENVILLE, SC
2015 FEB 23 AM 11: 09