AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Simon Allen, Jr.;

*Petitioner*

v.

Civil Action No. 8:15-cv-504-RMG

Special Agent Paul Lee, in his private and official capacity; Special Agent Earl Gilliam, in his private and official capacity; RAC Scott Bailey, in his private and official capacity; Asst. U.S. Attorney William J. Watkins, Jr., in his private and official capacity; Probation Officer Robert F. Woods, Jr., in his private and official capacity; U.S. Attorney Williams N. Nettles, in his private and official capacity; Public Defender Lora C. Blanchard, in her private and official capacity; Courtroom Deputy Pamela Brissey, in her private and official capacity,

*Respondent(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: The case is dismissed with prejudice and without issuance of service of process.

This action was *(check one)*:

❐ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel on the record.

Date: April 20, 2014

*CLERK OF COURT*

s/Kathy Rich, deputy clerk

*Signature of Clerk or Deputy Clerk*